# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JULIE MATHIS, an individual, and MARLYS PLUMER, an individual, | 3:17-cv-00214-HDM-VPC |
| Plaintiffs, | ORDER |
| vs. | |
| IDS PROPERTY & CASUALTY INSURANCE COMPANY, a Wisconsin Corporation, et al., | |
| Defendants. | |

On April 11, 2017, plaintiffs filed a notice of related case in this action, stating that this action is related to another action in this court, Case No. 2:16-cv-02069-APG-GWF. (ECF No. 3). Pursuant to Local Rule 42-1, when a party has reason to believe that an action is related to another action on file, the party "must file in each action and serve on all parties in each action a notice of related cases." The notice of related case was not filed in Case No. 2:16-cv-02069-APG-GWF. Accordingly, the Clerk of the Court shall file the

1

notice of a related case (ECF No. 3) in Case No. 2:16-cv-02069-APG-GWF.

IT IS SO ORDERED.

DATED: This 17th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE

2